Christopher K. Tahbaz                                      ELECTRONICALLY FILED
Jennifer R. Cowan
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
Tel. (212) 909-6000
*Attorneys for Plaintiffs*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------  x
INNA GUDAVADZE, LIANA ZHMOTOVA and IYA         :
PATARKATSISHVILI,
                                                               :

                                    Plaintiffs,                :

v.                                                             :        08-civ-3363 (RJS)

                                                               :
                                                                        FRCP 7.1
JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI, A/K/A    :        DISCLOSURE
JOSEPH KEJ, A/K/A IOSEB KAKALASHVILI, A/K/A              STATEMENT
IOSEB KAKIASHVILI) AND EMANUEL ZELTSER,         :
                                    Defendants.                :
-------------------------------------------------------------------  x


## DISCLOSURE STATEMENT UNDER FRCP 7.1


        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Plaintiffs states as follows:

All Plaintiffs are individuals and not corporate entities.  As such, there are no disclosures required under Rule 7.1.

Dated:  New York, New York
         April 4, 2008

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:   /s/  Christopher K. Tahbaz
      Christopher K. Tahbaz
      Jennifer R. Cowan

919 Third Avenue
New York, New York  10022
Tel. (212) 909-6000

*Attorneys for Plaintiffs*