AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

INNA GUDAVADZE, LIANA ZHMOTOVA and IYA PATARKATSISHVILI

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08-civ-

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI A/K/A JOSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB KAKIASHVILI), AND EMANUEL ZELTSER

**08 CV 03363**

TO: (Name and address of defendant)

**JUDGE SULLIVAN**

Joseph Kay
6 Wright Drive
Dix Hills, New York 11746

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher K. Tahbaz
Jennifer R. Cowan
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212-909-6000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 4 2008

CLERK

DATE

_(signature)_
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNA GUDAVADZE, LIANA ZHMOTOVA AND
IYA PATARKATSISHVILI

Plaintiff(s)

- against -

JOSEPH KAY(A/K/A JOSEPH KAKALASHVILI A/K/A
JOSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB
KAKIASHVILI), AND EMANUEL ZELTSER

Defendant(s)

INDEX #: 08 CV 03363
DATE FILED: 04/04/2008

JUDGE: RICHARD J. SULLIVAN
ATTORNEY FILE#:

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 04/04/2008, 07:29PM at 6 WRIGHT DRIVE, DIX HILLS NY 11746, deponent served the within SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, FRCP 7.1 DISCLOSURE STATEMENT, CIVIL COVERSHEET, INDIVIDUAL PRACTICES OF RICHARD J. SULLIVAN, CASE MANAGEMENT PLAN AND SCHEDULING ORDER ECF, DEFAULT JUDGEMENT PROCEDURE, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL & PROCEDURES FOR ELECTRONIC CASE FILING
on JOSEPH KAY(A/K/A JOSEPH KAKALASHVILI A/K/A JOSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB KAKIASHVILI), a DEFENDANT IN THE ABOVE ACTION,
By delivering a true copy thereof to and leaving with NINA KAKIASHVILI/CO-TENANT, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 04/05/2008 addressed to defendant JOSEPH KAY(A/K/A JOSEPH KAKALASHVILI A/K/A JOSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB KAKIASHVILI) at 6 WRIGHT DRIVE, DIX HILLS NY 11746 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 39   Approximate height 5'05"   Approximate weight 120   Color of skin WHITE   Color of hair BROWNISH
Other NY LICENSE PLATE #: EBX2505

NINA KAKIASHVILI told the deponent that JOSEPH KAY(A/K/A JOSEPH KAKALASHVILI A/K/A JOSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB KAKIASHVILI) was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

DEBEVOISE & PLIMPTON LLP

919 THIRD AVENUE

NEW YORK, NY 10022
(212)909-6000

MICHAEL CORLEONE

Sworn to before me on 04/07/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-0470
Phone: 516-742-0077 * Fax: 516-742-4726

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | |

Received From: P.O. BOX 475
_____ LA, NY 11501-0475
Personal & Confidential

One piece of ordinary mail addressed to: Joseph Kay (a/k/a Joseph Kakalashvili a/k/a Joseph Kej, a/k/a Ioseb Kakalashvili, a/k/a Ioseb Kakiashvili
6 Wright Drive
Dix Hills, NY 11746

PS Form 3817, Mar. 1989

$1.05

U.S. POSTAGE
GARDEN CITY, NY 11530
APR 05 '08
AMOUNT
0001000303