UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
INNA GUDAVADZE, LIANA ZHMOTOVA and IYA PATARKATSISHVILI,

                              Plaintiffs,

                          v.                            08-Civ-3363 (RJS)

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A IOSEB KAKALASHVILI, A/K/A IOSEB KAKIASHVILI) AND EMANUEL ZELTSER,

                              Defendants    x
------------------------------------------------------------------------

**CERTIFICATE OF SERVICE**

      I, Jennifer R. Cowan, am a member of the bar of the State of New York and of this Court and counsel in the New York office of the law firm of Debevoise & Plimpton LLP, attorneys for Plaintiffs Inna Gudavadze, Liana Zhmotova and Iya Patarkatsishvili.

      I am over eighteen (18) years of age.  On April 21, 2008, per the Order to Show Cause issued by Judge Preska on April 21, 2008, I caused to be served copies of the within:

    i)      Order to Show Cause as issued by Judge Preska on April 21, 2008;

    ii)     Memorandum Of Law In Support Of Plaintiffs' Application For An Order To Show Cause;

    iii)    Declaration Of Jennifer R. Cowan, Esq. In Support Of Plaintiffs' Application For An Order To Show Cause For A Preliminary Injunction

22718770v2

And Expedited Discovery, And Expedited Schedule For Motion For Partial Summary Judgment;

iv) [Proposed] Order For Preliminary Injunction And Expedited Proceedings; and

v) Declarations And Accompanying Exhibits In Support Of Plaintiffs' Application For An Order To Show Cause

by overnight courier upon Defendant Emanuel Zeltser at the following address:

Emanuel Zeltser, Esq.
235 W. 76th Street, Apt. 16A
New York, NY 10023

Per the direction of Judge Preska, I also served copies by overnight courier on Mark Zeltser, the brother of Defendant Emanuel Zeltser at the following address, per the request of Mark Zeltser:

Mr. Mark Zeltser
1919 NE 33rd Avenue
Fort Lauderdale, FL 33305

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008

s/ Jennifer Cowan
_____
Jennifer R. Cowan