UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INNA GUDAVADZE, LIANA ZHMOTOVA and IYA
PATARKATSISHVILI,

            Plaintiffs,

      v.            08-Civ-3363 (RJS)

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI,
A/K/A JOSEPH KEJ, A/K/A IOSEB KAKALASHVILI,
A/K/A IOSEB KAKIASHVILI) AND EMANUEL
ZELTSER,

            Defendants
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Naila McKenzie, am employed as a law clerk by the law firm of Debevoise & Plimpton LLP, attorneys for Plaintiffs Inna Gudavadze, Liana Zhmotova and Iya Patarkatsishvilli.

I am over eighteen (18) years of age. On the 21st day of April 2008, per the Order to Show Cause issued by Judge Preska on April 21, 2008, I served copies of the within:

  1.  Declaration of Jennifer R. Cowan, Esq. In Support of Plaintiffs' Application for an Order to Show Cause for Preliminary Injunction, Expedited Discovery, and Expedited Schedule for Motion for Partial Summary Judgment and Accompanying Exhibits;

  2.  Memorandum of Law in Support of Plaintiffs' Application For an Order to Show Cause;

22718775v1

3. Declarations and Accompanying Exhibits in Support of Plaintiff's Application for an Order to Show Cause

4. [Proposed] Order for Preliminary Injunction And Expedited Proceedings;

by hand to:

Edward Little, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004-1482
USA

Although not formally retained, Mr. Little acted as counsel for Defendant Joseph Kay (A/K/A Joseph Kakalashvilli, A/K/A Joseph Kej, A/K/A Ioseb Kakalashvili, A/K/A Ioseb Kakiashvili) in connection with the conference before Judge Preska regarding the Order To Show Cause and per the Order To Show Cause issued by Judge Preska and Mr. Little's request, was served with the papers as counsel for Defendant Kay.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008.

_____
Nafla McKenzie