AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08-CV-03363(RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT JOSEPH KAY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/29/2008 | *[signature]* |
| Date | Signature |
| | Scott M. Himes — SH 7712 |
| | Print Name — Bar Number |
| | Stillman, Friedman & Shechtman, P.C.   425 Park Avenue |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 223-0200 — (212) 223-1942 |
| | Phone Number — Fax Number |