Sullivan, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

INNA GUDAVADZE, LIANA ZHMOTOVA and
IYA PATARKATSISHVILI,

        Plaintiffs,

        v.

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
ISOBEB KAKALASHVILI, A/K/A IOSEB
KAKJASHVILI), and EMANUEL ZELTSER,

        Defendants.

------------------------------------X

08-CV-03363 (RJS)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned parties, through their respective attorneys, that:

    (1)    At the request of Defendant Joseph Kay, Defendant Joseph Kay's time to answer, move or otherwise respond to Plaintiffs' Complaint is extended to and including April 30, 2008; and

    (2)    This stipulation does not waive, and shall not be deemed to waive, any rights, defenses or arguments that Defendant Joseph Kay may have with respect to jurisdiction, service and venue, all of which are preserved.

Dated: New York, New York
April 28, 2008

DEBEVOISE & PLIMPTON LLP

By: /s/ Jennifer R. Cowan
Christopher K. Tahbaz
Jennifer R. Cowan

919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000

*Attorneys for Plaintiffs*

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: /s/
Scott M. Himes
Erik M. Zissu

425 Park Avenue
New York, New York 10022
Tel. (212) 223-0200

*Attorneys for Defendant Joseph Kay*

SO ORDERED:

_____
U.S.D.J.

Dated: April 29, 2008

2