# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

May 9, 2008

**BY FACSIMILE**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

Gudavadze et al. v. Kay et al., No. 08 Civ. 3363 (RJS)

Dear Judge Sullivan,

    We are in receipt of the letter from counsel for Defendant Emanuel Zeltser, which was electronically filed earlier this afternoon in response to this Court's Order granting leave to Defendant Zeltser to renew his motion to dismiss for ineffective service of process and lack of jurisdiction.

    At yesterday's hearing, the Court did not set a time for Plaintiffs to respond to Defendant Zeltser's letter seeking to renew his motion to dismiss. Plaintiffs therefore respectfully request that the Court grant leave for Plaintiffs to respond to Defendant Zelter's submission by Wednesday, May 14, 2008.

Respectfully submitted,

Christopher K. Tahbaz

SO ORDERED
Dated: 5/9/08
RICHARD J. SULLIVAN
U.S.D.J.

227302 New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai