UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INNA GUDAVADZE, LIANA ZHMOTOVA and
IYA PATARKATSISHVILI,

               Plaintiffs,            08-CV-03363 (RJS)

     v.            **NOTICE OF
CHANGE OF ADDRESS**

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
ISOBEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI), and EMANUEL ZELTSER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE ECF CLERK:

    Kindly change the address for Erik M. Zissu, Esquire, counsel for Defendant Joseph Kay,

as follows:

                                          Erik M. Zissu
                                          Stillman, Friedman & Shechtman, P.C.
                                          425 Park Avenue
                                          New York, NY 10022
                                          (212) 223 0200
                                          (212) 223 1942 (fax)
                                          ezissu@stillmanfriedman.com

                                        By: __/s/__ Erik M. Zissu_____
                                               Erik M. Zissu (EZ3488)
                                               Stillman, Friedman & Shechtman, P.C.
                                               425 Park Avenue
                                               New York, NY  10022
                                               (212) 223-0200