UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ,
A/K/A IOSEB KAKALASHVILI, A/K/A
IOSEB KAKIASHVILI) AND EMANUEL
ZELTSER

                Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that defendant Joseph Kay show cause at 3:00 p.m. on June 17, 2008, in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York, as to why an order should not issue temporarily restraining defendant Kay from pursuing any injunctive relief that seeks to enjoin plaintiffs from prosecuting the above-entitled action before this Court.

    IT IS FURTHER ORDERED that counsel for plaintiffs shall forthwith serve on defendant Kay a copy of this Order as well as the papers in support of their application.

SO ORDERED.

DATED:    New York, New York
               June 17, 2008

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE