Sullivan, J.

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                       │
│ DATE FILED: 6/20/08                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

INNA GUDAVADZE, LIANA ZHMOTOVA and
IYA PATARKATSISHVILI,

              Plaintiffs,

          v.

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
ISOBEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI), and EMANUEL ZELTSER,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08-CV-03363 (RJS)

**STIPULATION AND ORDER**

      WHEREAS, Plaintiffs filed their Complaint in this action on April 4, 2008;

      WHEREAS on June 7, 2008 (entered on the docket on June 9), the Court "so ordered" a stipulation signed by counsel for Plaintiffs and Defendant Joseph Kay which required Plaintiffs to file an Amended Complaint by June 20, 2008, and required Defendant Joseph Kay to answer, move or otherwise respond to the Amended Complaint by July 21, 2008;

      WHEREAS Plaintiffs require additional time to file the Amended Complaint;

      NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the Plaintiffs and Defendant Kay, by their respective counsel, as follows:

      (1) Plaintiffs shall file an Amended Complaint by June 27, 2008;

(2) Defendant Kay shall answer, move or otherwise respond to the Amended Complaint on or before July 31, 2008;

(3) This stipulation, its entry by "so ordering" and the consent thereto, and its terms and provisions shall not waive or compromise, or be deemed to waive or compromise, any rights, defenses, objections or arguments that Defendant Kay may have in this action, including but not limited to jurisdiction, service of process and venue, or in any other proceeding, all of which are expressly preserved;

(4) This stipulation, its entry by "so ordering" and the consent thereto, and its terms and provisions shall not waive or compromise, or be deemed to waive or compromise, any rights, defenses, objections or arguments that Plaintiffs may have in this action or in any other proceeding, all of which are expressly preserved; and

(5) Plaintiffs and Defendant Kay each consent to the "so ordering" of this stipulation by the Court.

Dated: New York, New York
       June 19, 2008

DEBEVOISE & PLIMPTON LLP

By: _____
    Christopher K. Tahbaz
    Jennifer R. Cowan

919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000

*Attorneys for Plaintiffs*

2

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: _____

Scott M. Himes
Erik M. Zissu

425 Park Avenue
New York, New York 10022
Tel. (212) 223-0200

and

Price O. Gielen
Nathan D. Adler
NEUBERGER, QUINN, GIELEN,
  RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, MD 21202
(410) 332-8550

*Attorneys for Defendant Joseph Kay*

SO ORDERED:

_____
U.S.D.J.

Dated: _____ 20, 2008

3