UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ,
A/K/A IOSEB KAKALASHVILI, A/K/A
IOSEB KAKIASHVILI) AND EMANUEL
ZELTSER

Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that defendant Joseph Kay shall submit a letter by July 7, 2008 regarding the status and extent of his efforts to find and to produce the documents listed in the Order to Show Cause dated April 21, 2008. In that letter, defendant Kay shall also describe his use, if any, of the documents and/or reproductions of the documents in any proceeding in a court or other judicial or administrative body that has occurred since the issuance of the April 21 Order.

SO ORDERED.

DATED:   New York, New York
         June 27, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE