UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ,
A/K/A IOSEB KAKALASHVILI, A/K/A
IOSEB KAKIASHVILI) AND EMANUEL
ZELTSER

                Defendants.

No. 08 Civ. 3363 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/09

RICHARD J. SULLIVAN, District Judge:

By letter dated June 30, 2008, plaintiffs request a pre-motion conference in anticipation of filing a motion to lift the stay previously entered in this action as to defendant Emanuel Zeltser and to "obtain assistance from the Court" in ensuring that Zeltser's counsel is "diligently search[ing]" for the documents listed in the Order to Show Cause dated April 21, 2008.

IT IS HEREBY ORDERED that counsel for all parties in the above-entitled action shall appear for a pre-motion conference regarding plaintiffs' proposed motion on July 10, 2008, at 3:00 p.m. in the United States District Court, Courtroom 21C, 500 Pearl St., New York, New York.

SO ORDERED.

DATED:    New York, New York
             July 3, 2008

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE