AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

INNA GUDAVADZE, LIANA ZHMOTOVA, AND
IYA PATARKATSISHVILI

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:    08-CV-3363 (RJS)

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI
A/K/A JOSEPH KEJ A/K/A IOSEB
KAKALASHVILI A/K/A IOSEB KAKIASHVILI) AND
EMANUEL ZELTSER

TO: (Name and address of defendant)

1. Alexander Fishkin, 366 Amsterdam Avenue, Suite 176, New York, New York  10024
-OR- 250 West 57th Street, Suite 916, New York, New York  10107
2. CJZ Group, Inc., c/o Secretary of State for the State of New York, Department of
State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher K. Tahbaz
Jennifer R. Cowan
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212-909-6000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                             JUN 2 7 2008
CLERK                                                          DATE

*[signature]*
(BY) DEPUTY CLERK

United States District Court
Southern District of New York

---

Inna Gudavadze, Liana Zhmotova, and
Iya Patarkatsishvili

     -against-

Joseph Kay, et al.

                  Defendants.

**AFFIDAVIT OF SERVICE**
Case # 08-CV-3363 (RJS)

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Case, Amended Complaint, Exhibits to Amended Complaint, Individual Practices of Richard J. Sullivan and Electronic Case Filing Rules & Instructions, pursuant to Section 306 of the Business Corporation Law. The corporation which was served was: **CJZ GROUP, INC.**

That on the 1st day of July 2008 at approx. 12:00 p.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                            Denise L. Dooley

Sworn to before me,
this 1st day of July 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010