UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A IOSEB KAKALASHVILI, A/K/A IOSEB KAKIASHVILI), EMANUEL ZELTSER, ALEXANDER FISHKIN, CJZ GROUP, INC.,

                Defendants.

---

No. 08 Civ. 3363 (RJS)
ORDER

*USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___*

RICHARD J. SULLIVAN, District Judge:

Pursuant to its discussion with the parties at a conference held before the Court on July 10, the Court hereby adopts the following directives:

By July 18, 2008, Mark Zeltser shall submit a declaration to the Court regarding his ability to communicate with his brother, defendant Emanuel Zeltser, during Emanuel's Zeltser's incarceration in Belarus. In the declaration, Mark Zeltser shall describe, to the fullest extent possible, his knowledge of (1) Emanuel Zeltser's ability to send and to receive communications during the course of his incarceration; and (2) any limitations on the method, frequency, content, and/or confidential nature of such communications. In particular, Mark Zeltser should indicate his knowledge of Emanuel Zeltser's ability to relay information regarding the location of the documents subject to the Court's Order to Show Cause dated April 21, 2008 (the "OSC") as well as any information previously relayed by Emanuel Zeltser to Mark Zeltser regarding the current location of those documents.

By July 18, 2008, defendant Alexander Fishkin shall submit a declaration to the Court stating (1) the time and location of prior instances, if any, that Fishkin viewed originals and/or copies of the documents listed in the OSC; (2) his efforts to ascertain the current location of the documents, including a description of the locations and files, if any, included in his search; and (3) his knowledge of any communications from Emanuel Zeltser, or any other individual, regarding the current location of the documents.

If defendants intend to file pre-answer motions, they must submit letters, each not to exceed three pages, by July 18, 2008, setting forth the basis for their anticipated motions. Plaintiffs shall submit a response letter, not to exceed three pages, by July 23, 2008, explaining why plaintiffs anticipate defendants' proposed motion or motions are likely to fail.

The time for all defendants to answer or otherwise respond to the amended complaint is stayed pending completion of the pre-motion conference.

SO ORDERED.

DATED:     New York, New York
           July 10, 2008

                                         _____
                                         RICHARD J. SULLIVAN
                                         UNITED STATES DISTRICT JUDGE