AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

### SOUTHERN _____ DISTRICT OF _____ NEW YORK

INNA GUDAVADZE, LIANA ZHMOTOVA, AND
IYA PATARKATSISHVILI

## SUMMONS IN A CIVIL CASE

### V.

CASE NUMBER:    08-CV-3363 (RJS)

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI
A/K/A JOSEPH KEJ A/K/A IOSEB
KAKALASHVILI A/K/A IOSEB KAKIASHVILI) AND
EMANUEL ZELTSER

TO: (Name and address of defendant)

1.  Alexander Fishkin, 366 Amsterdam Avenue, Suite 176, New York, New York  10024
-OR- 250 West 57th Street, Suite 916, New York, New York  10107
2.  CJZ Group, Inc., c/o Secretary of State for the State of New York, Department of
State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher K. Tahbaz
Jennifer R. Cowan
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212-909-6000

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

## J. MICHAEL McMAHON

JUN 2 7 2008

CLERK

DATE

(BY) DEPUTY CLERK

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NA GUDAVADZE, LIANA ZHMOTOVA AND
A PATARKATSISHVILI

|  |  |
|---|---|
| | INDEX #: |
| | 08 CV 3363 (RJS) |
| Plaintiff(s) | DATE FILED: |
| Petitioner(s) | 06/27/2008 |

- against -

OSEPH KAY(A/K/A JOSEPH KAKALASHVILI A/K/A
OSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB
AKIASHVILI), AND EMANUEL ZELTSER

|  |  |
|---|---|
| | JUDGE: |
| Defendant(s) | RICHARD J. SULLIVAN |
| Respondent(s) | ATTORNEY FILE#: |

TATE OF NEW YORK: COUNTY OF NASSAU: ss:

ONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE
GE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

hat on 06/30/2008, 04:55PM at 366 AMSTERDAM AVENUE, NEW YORK NY 10024, deponent served the within
UMMONS IN A CIVIL CASE, AMENDED COMPLAINT, EXHIBITS TO AMENDED COMPLAINT AND A COPY OF INDIVIDUAL PRACTICES
OF RICHARD J. SULLIVAN DATED OCTOBER 22, 2007
n ALEXANDER FISHKIN, a defendant in the above action.

y delivering a true copy thereof to and leaving with KETZIE REYES, a person of suitable age and discretion at the above address,

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official
depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 07/01/2008 addressed to
defendant ALEXANDER FISHKIN at 366 ALEXANDER AVENUE, #176, NEW YORK, NY 10024 with the envelope bearing the legend
PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an
action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 30    Approximate height 5'06"    Approximate weight 138    Color of skin BLACK    Color of hair BROWN    Other
GLASSES

KETZIE REYES told the deponent that ALEXANDER FISHKIN was not presently in the military service of the United States Government or on
active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

DEBEVOISE & PLIMPTON
LLP

919 THIRD AVENUE

NEW YORK, NY 10022
(212)909-6000

TONY CONIGLIARO    License # 1220476

Sworn to before me on 07/02/2008
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726



**U.S. POSTAL SERVICE   CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

One piece of ordinary mail addressed to:

ALEXANDER FIShKIN
366 AMSTERDam AVENUE
#176
NEW YORK, NY 10024

PS Form 3817, Mar. 1989



**U.S. POSTAL SERVICE   CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

One piece of ordinary mail addressed to:

ALEXANDER FIShKIN
235 WEST 76th Street
Apt. # 16C
NEW YORK, NY 10023

PS Form 3817, Mar. 1989

UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

INDEX #:
08 CV 3363 (RJS)
DATE FILED:
06/27/2008

NA GUDAVADZE, LIANA ZHMOTOVA AND
A PATARKATSISHVILI

Plaintiff(s)
Petitioner(s)

- against -

OSEPH KAY (A/K/A JOSEPH KAKALASHVILI A/K/A
OSEPH KEJ A/K/A IOSEB KAKALASHVILI A/K/A IOSEB
AKIASHVILI), AND EMANUEL ZELTSER

JUDGE:
RICHARD J. SULLIVAN
ATTORNEY FILE#:

Defendant(s)
Respondent(s)

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 06/30/2008, 05:29PM at 235 WEST 76TH STREET, NEW YORK NY 10023, deponent served the within
SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, EXHIBITS TO AMENDED COMPLAINT AND A COPY OF INDIVIDUAL PRACTICES
OF RICHARD J. SULLIVAN DATED OCTOBER 22, 2007
on ALEXANDER FISHKIN, a defendant in the above action.

By delivering a true copy thereof to and leaving with AMANDO SUCAHS/DOORMAN, a person of suitable age and discretion at the above
address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official
depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 07/01/2008 addressed to
defendant ALEXANDER FISHKIN at 235 WEST 76TH, APT. # 16C, NEW YORK NY, 10023 with the envelope bearing the legend PERSONAL
AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against
the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 60    Approximate height 5'07"    Approximate weight 225    Color of skin BROWN    Color of hair BLACK & GREY
Other MUSTACHE, GLASSES

AMANDO SUCAHS told the deponent that ALEXANDER FISHKIN was not presently in the military service of the United States Government or
on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE DOORMAN PERFORMS NORMAL DUTIES AS A DOORMAN AND WOULD NOT ALLOW DEPONENT ACCESS TO DEFENDANT'S
APARTMENT DOOR.

DEBEVOISE & PLIMPTON
LLP

919 THIRD AVENUE

NEW YORK, NY 10022
(212)909-6000

TONY CONIGLIARO    License # 1220476

Sworn to before me on 07/02/2008
MAUREEN MCCAFFREY  NO.01MC5018563
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726



**U.S. POSTAL SERVICE   CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

One piece of ordinary mail addressed to:
ALEXANDER FISHKIN
366 AMSTERDAM AVENUE
#176
NEW YORK, NY 10024

PS Form 3817, Mar. 1989

**U.S. POSTAL SERVICE   CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

One piece of ordinary mail addressed to:
ALEXANDER FISHKIN
235 WEST 76th STREET
APT #16C
NEW YORK, NY 10023

PS Form 3817, Mar. 1989