UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

INNA GUDAVADZE, LIANA ZHMOTOVA and IYA PATARKATSISHVILI,

Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A IOSEB KAKALASHVILI, A/K/A IOSEB KAKIASHVILI), *et al.*,

Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 18, 2008, defendants Joseph Kay, Alexander Fishkin, and Emanuel Zeltser indicated their intentions to file motions to dismiss the amended complaint in the above-entitled action.

IT IS HEREBY ORDERED that counsel for all parties shall appear for a pre-motion conference regarding defendants' proposed motions on  *August 6* , 2008, at *10 AM* in the United States District Court, Courtroom 21C, 500 Pearl St., New York, New York.

SO ORDERED.

DATED:    New York, New York
          July 25, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE