UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                        Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
IOSEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI), et al.,

                        Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     By letter dated July 28, 2008, plaintiffs request a pre-motion conference in anticipation of filing a motion "for leave to begin immediate, limited discovery" regarding the validity of certain documents at issue in this case. (See Pls.' July 28 Ltr. at 1-2.) Previously, by Order dated July 25, 2008, this Court scheduled a pre-motion conference on August 6, 2008 to address defendants' requests to file motions to dismiss the amended complaint in this action.

     IT IS HEREBY ORDERED that plaintiffs' anticipated motion for discovery shall be addressed at the August 6, 2008 conference previously scheduled by the Court.

     IT IS FURTHER ORDERED that, by August 1, 2008, defendants shall submit a letter or letters, each not to exceed three pages, in response to plaintiffs' July 28 letter.

SO ORDERED.

DATED:     New York, New York
               July 29, 2008

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE