UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INNA GUDAVADZE, LIANA ZHMOTOVA
AND IYA PATARKATSISHVILI,

        Plaintiffs,

    vs.

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
IOSEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI) AND EMANUEL ZELTSER,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

08-Civ-3363 (RJS)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Scott M. Himes, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of

       Price O. Gielen
       Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
       One South Street, 27th Floor
       Baltimore, Maryland 21202
       Tel: (410) 332-8550
       Fax: (410) 332-8561
       Email: pog@nqgrg.com

and

       Nathan D. Adler
       Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
       One South Street, 27th Floor
       Baltimore, Maryland 21202
       Tel: (410) 332-8550
       Fax: (410) 332-8517
       Email: nda@nqgrg.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INNA GUDAVADZE, LIANA ZHMOTOVA
AND IYA PATARKATSISHVILI,

                Plaintiffs,

      vs.

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
IOSEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI) AND EMANUEL ZELTSER,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08-Civ-3363 (RJS)

**AFFIDAVIT OF SCOTT M. HIMES
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK  )

      SCOTT M. HIMES, being duly sworn, hereby deposes and says as follows:

      1.      I am a member of Stillman, Friedman & Shechtman, P.C., counsel for

Defendant Joseph Kay in the above-captioned action. I am familiar with the proceedings in this

case. I make this statement based on my personal knowledge of the facts set forth herein and in

support of Defendant's motion to admit Price O. Gielen and Nathan D. Adler as counsel *pro hac

vice* to represent Defendant Joseph Kay in this matter.

      2.      I am a member in good standing of the Bar of the State of New York and

was admitted to practice law in 1979. I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing in this Court.

3.      I have known Price O. Gielen since approximately early 2006.  I have known Nathan D. Adler since approximately April 2008.

4.      Messrs. Gielen and Adler are members of the law firm Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202.

5.      I have found Messrs. Gielen and Adler to be skilled attorneys and persons of integrity.  They are experienced in federal practice and are familiar with the Federal Rules of Procedure.  I attach certificates of good standing for Mr. Gielen as Exhibit A and for Mr. Adler as Exhibit B.

6.      Accordingly, I am pleased to move the admission of Price O. Gielen and Nathan D. Adler, *pro hac vice*.

7.      I respectfully submit the proposed order granting admission of Price O. Gielen and Nathan D. Adler, *pro hac vice*, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Price O. Gielen and Nathan D. Adler, *pro hac vice*, to represent Defendant Joseph Kay in the above-captioned matter, be granted.

Dated: New York, New York
      July 31, 2008

Notarized:

MARIANNE ANGELICA REYES
Notary Public, State of New York
No. 01RE6177271
Qualified in New York County
Commission Expires November 13, 20 11

Respectfully submitted,

Scott M. Himes (SH-7712)

2

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-ninth day of December, 1976,

### Price Owen Gielen

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of July, 2008.*

*Bessie M. Decker*

*Clerk of the Court of Appeals of Maryland*



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

PRICE O. GIELEN

was on the ___21ST___ day of ___OCTOBER, 1977___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July
29, 2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_____

Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

    *I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 1992,*

### Nathan Daniel Adler

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

                                   **In Testimony Whereof,**   *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of July, 2008.*

*Bessie M. Decker*
_____
*Clerk of the Court of Appeals of Maryland*

## CERTIFICATE OF SERVICE

I, Scott M. Himes, do hereby certify that on this date, I caused true and correct copies of the foregoing Defendant's Motion to Admit Counsel *Pro Hac Vice* and Affidavit of Scott M. Himes in Support of Motion to Admit Counsel *Pro Hac Vice*, with accompanying exhibits, to be served by hand upon the following:

> Christopher K. Tahbaz, Esq.
> Jennifer R. Cowan, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
>
> Edward J.M. Little, Esq.
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004-1482

DATED:     July 31, 2008

_____
Scott M. Himes

## CERTIFICATE OF SERVICE

I, Scott M. Himes, do hereby certify that on this date, I caused true and correct copies of the foregoing Defendant's Motion to Admit Counsel *Pro Hac Vice* and Affidavit of Scott M. Himes in Support of Motion to Admit Counsel *Pro Hac Vice*, with accompanying exhibits, to be served by hand upon the following:

> Christopher K. Tahbaz, Esq.
> Jennifer R. Cowan, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
>
> Edward J.M. Little, Esq.
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004-1482

DATED:     July 31, 2008

_____
Scott M. Himes