UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                 Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
IOSEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI), et al.,

                 Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED that the pre-motion conference previously scheduled for August 6, 2008, is ADJOURNED at the parties' request to Thursday, August 14, 2008, at 9:30 a.m.

SO ORDERED.

DATED:     New York, New York
               July 31, 2008

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES DISTRICT JUDGE