UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INNA GUDAVADZE, et al.,

                          Plaintiffs,

       -against-

JOSEPH KAY, et al.,

                        Defendants.

Index No.: 08 CIV 3363

NOTICE OF SUBSTITUTION

---

        PLEASE TAKE NOTE THAT the firm of Hughes Hubbard & Reed LLP is hereby being substituted as counsel of record for defendant Emanuel Zeltser in place of Harold M. Hoffman.

Dated:

                                              HUGHES HUBBARD & REED LLP

                                              By: _____
                                                    Edward J.M. Little
                                                    One Battery Park Plaza
                                                    New York, New York 10004
                                                    (212) 837-6400

Dated: 8/1/08

                                              By: _____
                                                    Harold M. Hoffman
                                                    1140 Avenue of the Americas, Suite M-01
                                                    New York, New York 10036-5803
                                                    (212) 486-6322

So Ordered:

_____
U.S.D.J.