UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

INNA GUDAVADZE, LIANA ZHMOTOVA
AND IYA PATARKATSISHVILI,

          Plaintiffs,

          vs.

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
IOSEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI) AND EMANUEL ZELTSER,

          Defendants.

------------------------------------X

08-Civ-3363 (RJS)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**



SCANNED (JAB 08/01/08)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

Upon the motion of Scott M. Himes, attorney for Defendant Joseph Kay and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Price O. Gielen
    Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
    One South Street, 27th Floor
    Baltimore, Maryland 21202
    Tel: (410) 332-8550
    Fax: (410) 332-8561
    Email: pog@nqgrg.com

and

    Nathan D. Adler
    Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
    One South Street, 27th Floor
    Baltimore, Maryland 21202
    Tel: (410) 332-8550
    Fax: (410) 332-8517
    Email: nda@nqgrg.com

are admitted to practice *pro hac vice* as counsel for Defendant Joseph Kay in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Aug 5, 2008
New York, New York

_____
Richard J. Sullivan, USDJ