

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

           Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ,
A/K/A IOSEB KAKALASHVILI, A/K/A
IOSEB KAKIASHVILI), EMANUEL
ZELTSER, ALEXANDER FISHKIN, CJZ
GROUP, INC.,

           Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on August 14, 2008 regarding the parties' proposed cross-motions, the Court adopted the following directives:

> By October 6, 2008, defendants shall file their motion to dismiss the amended complaint.
> By November 10, 2008, plaintiffs shall file their opposition.
> By November 25, 2008, defendants shall file their reply, if any.
> The parties' opening briefs shall not exceed thirty-five pages.
> The reply brief shall not exceed fifteen pages.

SO ORDERED.

DATED:    New York, New York
               August 14, 2008

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE