UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                     Plaintiffs,

    -v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ,
A/K/A IOSEB KAKALASHVILI, A/K/A
IOSEB KAKIASHVILI), EMANUEL
ZELTSER, ALEXANDER FISHKIN, CJZ
GROUP, INC.,

                    Defendants.

No. 08 Civ. 3363 (RJS)
AMENDED ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties are hereby directed to appear at 2:30 p.m. on May 5, 2009 for oral argument on

the pending motions to dismiss.

SO ORDERED.

DATED:    April 21, 2009
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE