USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNA GUDAVADZE, LIANA ZHMOTOVA
and IYA PATARKATSISHVILI,

                           Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH
KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A
IOSEB KAKALASHVILI, A/K/A IOSEB
KAKIASHVILI), *et al.*,

                           Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Debevoise & Plimpton LLP and Butzel Long, P.C., having jointly moved to have Butzel Long replace Debevoise & Plimpton as Plaintiffs' counsel,

IT IS HEREBY ORDERED THAT Debevoise & Plimpton LLP shall be replaced as Plaintiffs' counsel by Butzel Long. Butzel Long shall enter a notice of appearance forthwith.

At this time, the Court will deem Butzel Long's request for an extension of the stay, with the consent of Defendants, renewed. The Court grants the requested extension. Accordingly,

IT IS FURTHER ORDERED THAT the stay entered by this Court on April 29, 2009 shall remain in effect until January 22, 2010.

IT IS FURTHER ORDERED THAT the parties shall report to the Court no later than January 22, 2009 whether the stay should be extended or lifted and if the parties intend to continue this action.

SO ORDERED.

DATED:    New York, New York
              December 8, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE