UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/10

INNA GUDAVADZE, LIANA ZHMOTOVA and IYA PATARKATSISHVILI,

    Plaintiffs,

-v-

JOSEPH KAY (A/K/A JOSEPH KAKALASHVILI, A/K/A JOSEPH KEJ, A/K/A IOSEB KAKALASHVILI, A/K/A IOSEB KAKIASHVILI) AND EMANUEL ZELTSER

    Defendants.

No. 08 Civ. 3363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiffs, dated January 22, 2010 and sent on behalf of all parties, requesting that the Court continue the stay in this matter for thirty days while the parties pursue a settlement. Accordingly,

IT IS HEREBY ORDERED THAT this matter shall remain stayed until April 22, 2010.

IT IS FURTHER ORDERED THAT no later than April 22, 2010 the parties shall submit a joint letter to the Court describing the status of the case and whether the parties wish to continue this action.

SO ORDERED.
DATED:    January 22, 2010
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE